# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| JANET ANN DIXON,  )   | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN W. COLVIN,  ) | **CASE NO.   4:12-CV-265-D** |
| *Acting Commissioner of the Social*  ) | |
| *Security Administration,*  ) | |
|     Defendant.  ) | |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court grants Defendant's Motion for Remand [D.E. 35], and hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 16, 2014,** WITH A COPY TO:

Michael B. Sosna (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg  (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| January 16, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |