THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:12-CV-265-D

JANET ANN DIXON
    Plaintiff

v.                                          **ORDER**

CAROLYN W. COLVIN
Acting Commissioner of Social Security
    Defendant

Upon application of the plaintiff, and with no objection by defendant,

It is ORDERED that the Commissioner of Social Security pay to plaintiff's attorney, as assignee for plaintiff, the sum of $4,500.00, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. Section 2412(d), Such payment should be sent to:

Michael B. Sosna
Attorney for Plaintiff
Sosna Law Offices
3210 Zebulon Road
Rocky Mount, NC 27804

Such payment is subject to the Treasury Offset program for debts of the plaintiff.

Upon the payment of such sum this case is dismissed with prejudice.

This __19__ day of March 2014.

JAMES C. DEVER III
Chief United States District Judge